SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

ONE MANHATTAN WEST

NEW YORK, NEW YORK 10001-8602

(212) 336-8330

FAX (212) 336-8340

WWW.SUSMANGODFREY.COM

_____

| SUITE 5100 | SUITE 1400 | SUITE 3000 |
|---|---|---|
| 1000 LOUISIANA STREET | 1900 AVENUE OF THE STARS | 401 UNION STREET |
| HOUSTON, TEXAS 77002-5096 | LOS ANGELES, CALIFORNIA 90067-6029 | SEATTLE, WASHINGTON 98101-2683 |
| (713) 651-9366 | (310) 789-3100 | (206) 516-3880 |

JILLIAN HEWITT
DIRECT DIAL (212) 729-2019

E-MAIL JHEWITT@SUSMANGODFREY.COM

July 9, 2026



VIA ECF & EMAIL

Hon. Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
failla_nysdchambers@nysd.uscourts.gov

Re:    Extension of time to respond in *In Re: Subpoenas on Boris Epshteyn*, No.
       26-mc-00333-KPF

Dear Judge Failla:

I represent the American Bar Association ("ABA") in the above-captioned case. I write pursuant to Rule 2.C of your Individual Rules to request an extension of time of the ABA's deadline to respond to Movants' motion to quash or for a protective order, ECF No. 2 (the "Motion"). Pursuant to Local Rule 6.1, the original due date for the ABA's opposition to the Motion is July 9, 2026. In light of the service of the Motion on the ABA just before the July 4th holiday, and with Movants' consent, the ABA respectfully requests an adjournment of the deadline to respond to the Motion to July 23, 2026. There have been no prior requests for an extension.

Respectfully,

*Jillian Hewitt*

Jillian Hewitt

Application GRANTED.

The deadline for the ABA to respond to the motion to quash is hereby ADJOURNED to **July 23, 2026.**

The Clerk of Court is directed to terminate the pending motion at docket entry 5.

Dated:     July 10, 2026          SO ORDERED.
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE