**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*, | Civil Action No. 1:26-mc-00333-KPF |
| Movants/Defendants, | |
| v. | |
| AMERICAN BAR ASSOCIATION | Underlying Litigation: |
| Respondent/Plaintiff, | *American Bar Association v. Executive Office of the President, et al.*, Civ. A. No. 25-1888 (AHA) (D.D.C.) |
| IN RE THIRD PARTY SUBPOENAS | |

**NOTICE OF RESPONDENT/PLAINTIFF AMERICAN BAR ASSOCIATION'S
CONSENT MOTION TO TRANSFER MOVANTS/DEFENDANTS' MOTION TO
QUASH SUBPOENA OR FOR PROTECTIVE ORDER**

PLEASE TAKE NOTICE that Respondent in the above-captioned case, and Plaintiff in the underlying litigation *American Bar Association v. Executive Office of the President, et al.*, Civ. A. No. 25-1888 (AHA) (D.D.C.), hereby move pursuant to Federal Rule of Civil Procedure 45(f), to transfer Movants/Defendants' Motion to Quash and for a Protective Order to the United States District Court for the District of Columbia, which issued the subpoena. Movant in this action, as well as non-party Mr. Epshteyn, consent to the requested transfer. For the reasons set forth in the memorandum of law and declaration in support of this motion, the ABA respectfully requests that the Court issue an Order (1) transferring the Movants' pending Motion to Quash and for a Protective Order to the United States District Court for the District of Columbia; and (2) adjourning

the briefing schedule set by the Court on July 10, 2026, ECF 6. For the Court's convenience, a

proposed order is attached.

Dated: July 17, 2026

/s/Jillian Hewitt
Jillian Hewitt (#EB6850)
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, New York 10001
Tel.: 212-336-8330
jhewitt@susmangodfrey.com

*Attorney for Plaintiff American Bar Association*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court for the United States District Court for the Southern District of New York by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Date: July 17, 2026

/s/Jillian Hewitt
Jillian Hewitt