**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*, <br><br> Movants/Defendants, <br><br> v. <br><br> AMERICAN BAR ASSOCIATION <br><br> Respondent/Plaintiff, <br><br> IN RE THIRD PARTY SUBPOENAS | Civil Action No. 1:26-mc-00333-KPF <br><br><br><br><br><br> Underlying Litigation: <br><br> *American Bar Association v. Executive Office of the President, et al.*, Civ. A. No. 25-1888 (AHA) (D.D.C.) |

**DECLARATION OF JILLIAN HEWITT IN SUPPORT OF RESPONDENT/PLAINTIFF AMERICAN BAR ASSOCIATION'S CONSENT MOTION TO TRANSFER MOVANTS/DEFENDANTS' MOTION TO QUASH SUBPOENA OR FOR PROTECTIVE ORDER**

1.      I am counsel to the American Bar Association ("ABA"), the Respondent in the above-captioned case and Plaintiff in the underlying litigation *American Bar Association v. Executive Office of the President, et al.*, Civ. A. No. 25-1888 (AHA) (D.D.C.). I make this Declaration in support of the ABA's Consent Motion to Transfer Movants/Defendants' Motion to Quash Subpoena or for a Protective Order (the "Motion"). Defined terms in this Declaration have the same meaning as in the ABA's Memorandum of Law in Support of the Motion unless otherwise specified.

2.      Despite being served with the Subpoenas, Boris Epshteyn has not responded to the Subpoenas, served responses and objections thereto, or filed a motion to quash those Subpoenas.

As a result of Mr. Epshteyn's non-response, the ABA anticipates filing a motion to compel responses by Mr. Epshteyn.

3.      On July 8, counsel for the ABA requested an extension of time to respond to the Motion, *see* ECF 5, and also asked Movants whether they would consent to transfer of the miscellaneous action to the issuing court. On July 10, counsel for Movants indicated in communications with counsel for the ABA that Movants would not oppose a transfer, but that Mr. Epshteyn as the subpoenaed party would also need to consent.

4.      On July 13, counsel for the ABA asked counsel for Movants for contact information for Mr. Epshteyn or his counsel so that the ABA could seek Mr. Epshteyn's consent to transfer. On July 15, counsel for Movants responded stating that "We are authorized to represent that Mr. Epshteyn consents to the transfer to DDC."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 17, 2026

*/s/Jillian Hewitt*
Jillian Hewitt (#EB6850)
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, New York 10001
Tel.: 212-336-8330
jhewitt@susmangodfrey.com

*Attorney for Plaintiff American Bar Association*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court for the United States District Court for the Southern District of New York by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Date: July 17, 2026

*/s/Jillian Hewitt*
Jillian Hewitt